IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-01290-MSK-CBS

CECILIA R. MARTIN,

    Plaintiff,

v.

JEFFERSON PILOT FINANCIAL INSURANCE COMPANY,

    Defendant.

## ORDER RESETTING HEARING

**IT IS ORDERED** that the hearing scheduled under Fed. R. Civ. P. 16 for **November 1, 2006 at 4:30 p.m. is VACATED** and reset to **November 13, 2006 at 3:00 p.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

Dated this 12th day of October, 2006.

                        **BY THE COURT:**

                        */s/ Marcia S. Krieger*

                        Marcia S. Krieger
                        United States District Judge