IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-01290-MSK-CBS

CECILIA R. MARTIN,

       Plaintiff,

v.

JEFFERSON PILOT FINANCIAL INSURANCE COMPANY,

       Defendant.
_____

### ORDER DENYING MOTION TO VACATE AND CLOSING CASE
_____

**THIS MATTER** comes before the Court pursuant to the Plaintiff's Unopposed Motion to Vacate Scheduling Conference **(# 9)**.

The Court does not vacate hearings in anticipation of the filing of settlement documents. *See* MSK Practice Standards (Civil), § III.F.1. Accordingly, the Motion is **DENIED**. However, the parties having represented to the Court that they have resolved all claims between them, the Court **ORDERS** that the Clerk of the Court close this case. Upon the closing of the case, all remaining deadlines and hearings are **VACATED**.

Dated this 8th day of November, 2006

                                        **BY THE COURT:**

                                        */s/ Marcia S. Krieger*
                                        _____

                                        Marcia S. Krieger
                                        United States District Judge